RIKER DANZIG LLP
Peter M. Perkowski, Jr., Esq. (5174)
pperkowski@riker.com
Christen L. Rafuse, Esq. (7533)
crafuse@riker.com
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
Tel.: (973) 538-0800
Fax: (973) 538-1984

*Attorneys for Defendant,*
*JSK Princeton, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| B.H., AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>JSK PRINCETON, LLC,<br><br>Defendant. | CIVIL ACTION NO. 3:24-CV-08851-GC-TJB<br><br>ELECTRONICALLY FILED<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT**<br><br>*Oral Argument Requested* |

**TO:   CLERK OF THE COURT**

**PLEASE TAKE NOTICE** that on September 15, 2025, Defendant JSK

Princeton, LLC ("JSK"), by and through its undersigned attorneys, Riker Danzig

LLP, shall move before the Hon. Tonianne J. Bongiovanni, U.S.D.M.J., at the United

1

State District Court, Clarkson S. Fisher Federal Building and United States Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order granting JSK's Motion for Leave to File a Third-Party Complaint pursuant to Fed. R. Civ. P. 14(a) ("the Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, JSK shall rely upon the accompanying Memorandum of Law, together with the pleadings filed in this action including supporting Exhibits, and the Declaration of Peter M. Perkowski, Esq. with Exhibits.

**PLEASE TAKE FURTHER NOTICE** that Pursuant to Local Rule 78.1(b), oral argument is respectfully requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Respectfully submitted,
**RIKER DANZIG LLP**

By:    **/s/** Peter M. Perkowski
         Peter M. Perkowski, Esq.
         7 Giralda Farms, Suite 250
         Madison, NJ 07940-1051
         Telephone: (973) 538-0800

         *Attorneys for Defendant*
         *JSK Princeton, LLC*

Dated:  August 15, 2025

4901-8825-0463, v. 1

2